UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Arthur Thompson
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Federal Bureu of Investigation
Philadelphia Police Depart
United States of America
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

REC'D MAY - 2 2025

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

(check one)

I.   Parties in this complaint:

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name                Arthur Thompson
            Street Address      4438 Marple St.
            County, City        Philadelphia
            State & Zip Code    PA  19136
            Telephone Number    267-752-4667

*Rev. 10/2009*

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name F.B.I.
Street Address 601 market st
County, City Philadelphia PA
State & Zip Code PA 19106

Defendant No. 2
Name United states of America
Street Address 601 MARKet st
County, City Philadelphia
State & Zip Code PA 19106

Defendant No. 3
Name Philadelphia Police Department
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q (Federal Questions)       Q Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1st Amendment, 2nd Amendment

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? __Philadelphia Pennsylvania__

B.  What date and approximate time did the events giving rise to your claim(s) occur? __October 18th 2023, January 17th 2025__

C.  Facts: __See Attachment__

[Side labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

Statement of Claim: October 17th 2023 I was arrested by the Philadelphia Police Department and on January 17th 2025 I was indicted by the F.B.I. , both cases were involving weapons which is a violation of my 2nd amendment which states " A well regulated Militia, being necessary to the security of a free state, the right of the people to keep and bear arms , shall not be infringed." In short, the second Amendment states that as an American citizen , you have the individual right to arm yourself. The amendment firmly establishes that the government cannot infringe on that right. Also its a violation of my 1st amendment rights which states ' Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech , or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances. It is a protection of freedom of speech, religion , the press, and making complaints and requests to the government. And inside the Quran surah 4 verse 102 it states " And when you are among them and lead them in prayer, let a group of them stand in prayer with you and let them carry their arms. And when they have prostrated, let them be in position behind you and have the other group come forward which has not yet prayed and let them pray with you, taking precaution and carrying their arms. Those who disbelieve wish that you would neglect your weapons and your baggage so they could come down upon you in a single attack. But there is no blame upon you , if you are troubled by rain or are ill, for putting down your arms, but take precaution. Indeed, Allah has prepared for the disbelievers a humiliating punishment." Which is proof it's apart of my religion to carry weapons. Also in the Quran surah 51 verse 58 it states "Verily, Allah is the all provider , Owner of power , the most strong. Which is proof that Allah is my provider and everything I have and get is from Allah. Another proof is surah 4 verse 78 it states "wherever you may be, death will overtake you , even if you should be within towers of lofty construction. But if good comes to them, they say, this is from Allah "; and if evil befalls them, they say this from you." Say "All things are from Allah." So what is the matter with those people that they can hardly understand any statement? Which is proof that everything I had and get is from Allah and its a violation of my constitutional rights to be arrested for what Allah gave me and its a violation of my constitutional rights to be under investigation or watched by the F.B.I. or the police when everything I get is from Allah and how I make my wealth and live my life. I've been under investigation by the F.B.I. and been placed on GPS monitoring and they wanna know all my business which is a constitutional tort and a violation of my constitutional rights to practice my religion.

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want the Court to Order The F.B.I. and All the Authorities such as Philadelphia Police department, ETC, to not investigate me nomore or bring any charges upon me And to Drop All current charges because its a crime 18 USC. 241 conspiracy Against Rights to violate my 1st And 2nd Amendment And a constitutional Tort And im suing for $3 million Dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of **April** _____, 20 **25**.

Signature of Plaintiff **Arthur Thompson**
Mailing Address **4438 Maple St**
_____

Telephone Number **(267) 752-4667**
Fax Number *(if you have one)* _____
E-mail Address **OvercomeeverythingRecords@gmail.com**

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____